UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-74-D-1

UNITED STATES OF AMERICA

v.                                                    ORDER TO SEAL

KENNETH REX WHITLEY

On motion of the Defendant, Kenneth Rex Whitley, and for good cause shown, it is

hereby ORDERED that the **[DE-59]** be sealed until further notice by this Court.

SO ORDERED. This **20** day of June 2016.

JAMES C. DEVER III
Chief United States District Judge